**STATE v. FARRIS**

[326 N.C. 45 (1990)]

STATE OF NORTH CAROLINA v. KENNETH DUANE FARRIS

No. 225PA89

(Filed 18 January 1990)

ON the State of North Carolina's petition for discretionary review of the decision of the Court of Appeals, 93 N.C. App. 757, 379 S.E.2d 283 (1989), which overruled the judgment of *Cornelius, J.*, at the 28 March 1988 session of Superior Court, YADKIN County, and granted a new trial to defendant. Heard in the Supreme Court 13 December 1989.

*Lacy H. Thornburg, Attorney General, by Norma S. Harrell, Assistant Attorney General, for the state-appellant.*

*Malcolm Ray Hunter, Appellate Defender, by Teresa A. McHugh, Assistant Appellate Defender, for the defendant-appellee.*

PER CURIAM.

Discretionary review improvidently allowed.